**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COVID-19 Airfare Refund Litigation | Case No. 2957<br>PROOF OF SERVICE |

      In compliance with Rule 4.1(a) of the Rules of Procedures for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on June 30, 2020, the foregoing Notice of Appearance was served on all parties via the JPML CM/ECF System, which will provide electronic service notification to all counsel of record registered as CM/ECF users.

Dated: July 1, 2020

**BERGER MONTAGUE PC**

/s/ *Shanon J. Carson*
Shanon J. Carson
1818 Market Street,
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-4656
Email: scarson@bm.net

*Attorneys for Plaintiff*