BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVID-19 AIRFARE REFUND LITIGATION | MDL No. 2957 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on July 2, 2020, I caused to be served a true and correct copy of the foregoing Notice of Appearance of Patrick J. Kearns and Attached List of Actions upon the counsel listed on the attached service list *via* Email.

DATED: July 2, 2020

Respectfully submitted,

*/s/ Patrick J. Kearns*
Patrick J. Kearns
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
401 West A Street, Suite 1900
San Diego, CA 92101

*Counsel for Defendant Frontier Airlines, Inc.*

1

**Counsel for Parties (Served via Email)**

Jacob R. Sorensen
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Email: jake.sorensen@pillsburylaw.com
Attorney for Defendant Norwegian Air Shuttle ASA
C.D. Cal. Case No. 5:20-cv-00767-JGB-SP

Andrew J. Obergfell
Bursor & Fisher, P. A.
888 Seventh Avenue, Third Floor , New York, NY 10019
Email: aobergfell@bursor.com
Attorney for Plaintiff Nataly Alvarez
DHI Case No: 1:20−cv−00175−RT−NONE
Attorney for Plaintiff Lisa Boucher
SDFL Case No: 0:20−cv−60746−RKA
Attorney for Plaintiff Rebecca Bratcher
DNV Case No: 2:20−cv−00767−APG−BNW
Attorney for Plaintiff Svetlana Sholopa
SDNY Case No: 1:20−cv−03294−ALC
Attorney for Intervenor/Movant Svetlana Sholopa
SDNY Case No. 1:20−cv−03328−LJL

Birney B. Bervar
Bervar & Jones
1100 Alakea Street, 20th Floor, Honolulu, HI 96813
Email: bbb@bervar−jones.com
Attorney for Plaintiff Nataly Alvarez
DHI Case No: 1:20−cv−00175−RT−NONE

Max S. Roberts
Bursor & Fisher, P. A.
888 Seventh Avenue, Third Floor, New York, NY 10019
Email: mroberts@bursor.com
Attorney for Plaintiff Nataly Alvarez
DHI Case No: 1:20−cv−00175−RT−NONE
Attorney for Plaintiff Lisa Boucher
SDFL Case No: 0:20−cv−60746−RKA
Attorney for Plaintiff Rebecca Bratcher
DNV Case No: 2:20−cv−00767−APG−BNW
Attorney for Plaintiff Svetlana Sholopa
SDNY Case No: 1:20−cv−03294−ALC
Attorney for Intervenor/Movant Svetlana Sholopa
SDNY Case No. 1:20−cv−03328−LJL)
Attorney for Plaintiff Melissa Young
DCO Case No: 1:20−cv−01153−PAB−KLM

2

1103266v.1

Yeremey Krivoshey
Bursor & Fisher, P. A.
1990 North California Blvd., Suite 940, Walnut Creek, CA 94596
Email: ykrivoshey@bursor.com
Attorney for Plaintiff Nataly Alvarez
DHI Case No: 1:20−cv−00175−RT−NONE
Attorney for Plaintiff Lisa Boucher
SDFL Case No: 0:20−cv−60746−RKA
Attorney for Plaintiff Rebecca Bratcher
DNV Case No: 2:20−cv−00767−APG−BNW
Attorney for Plaintiff Ashley Bugarin
NDCA Case No: 5:20−cv−03341−BLF
Attorney for Plaintiff Carlos A. Jauregui
CDCA Case No: 2:20−cv−04552−JFW−AGR
Attorney for Plaintiff Cherish-Daversa-Evdyriadis
CDCA Case No: 5:20−cv−00767−JGB−SP
Attorney for Plaintiff Karla Maree
CDCA Case No: 8:20−cv−00885−MWF−MRW
Attorney for Plaintiff Svetlana Sholopa
SDNY Case No: 1:20−cv−03294−ALC
Attorney for Intervenor/Movant Svetlana Sholopa
SDNY Case No. 1:20−cv−03328−LJL)
Attorney for Plaintiff Melissa Young
DCO Case No: 1:20−cv−01153−PAB−KLM

Hassan A. Zavarelli
Tycko & Zavarelli, LLP
1828 L Street NW Suite 1000, Washington, DC 20036
Email: hzavareei@tzlegal.com
Attorney for Plaintiff Adrian Bombin
EDPA Case No: 5:20−cv−01883−JMG
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR
Attorney for Plaintiff Brandon Hill
SDFL Case No: 0:20−cv−60746−RKA
Attorney for Plaintiff Feliks Obertman
DCO Case No: 1:20-cv-1689
Attorney for Plaintiff Josephine Marie Roman
EDNY Case No: 1:20-cv-01829-MKB-RER

Melissa S. Weiner
Halunen Law
80 South Eighth St., 1650 IDS Center, Minneapolis, MN 55402
Email: mweiner@pswlaw.com
Attorney for Plaintiff Adrian Bombin
EDPA Case No: 5:20−cv−01883−JMG
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR

3

Michael P. Ols
Shepherd Finkelman Miller & Shah, LLP
1845 Walnut St., Suite 806, Philadelphia, PA 19103
Email: mols@sfmslaw.com
Attorney for Plaintiff Adrian Bombin
EDPA Case No: 5:20−cv−01883−JMG

James C. Shah
Shepherd Finkelman Miller & Shah, LLP
1845 Walnut Street, Suite 806, Philadelphia, PA 19103
Email: jshah@sfmslaw.com
Attorney for Plaintiff Adrian Bombin
EDPA Case No: 5:20−cv−01883−JMGJames T. Moughan

Bennett, Bricklin & Saltzburg, LLC
1500 Market Street, Centre Square West Tower, 32nd Floor, Philadelphia, PA 19102
Email: moughan@bbs−law.com
Attorney for Defendant Southwest Airlines Co
EDPA Case No: 5:20−cv−01883−JMG

M. Roy Goldberg
Stinson LLP
1775 Pennsylvania Ave NW, Suite 800, Washington, DC 20006
Email: roy.goldberg@stinson.com
Attorney for Defendant Southwest Airlines Co
EDPA Case No: 5:20−cv−01883−JMG
Attorney for Defendant Jetblue Airways Corp.
EDNY Case No: 1:20-cv-01829-MKB-RER

Todd A. Noteboom
Stinson Leonard Street, LLP
150 South Fifth Street, Suite 2300, Minneapolis, MN 55402
Email: todd.noteboom@stinson.com
Attorney for Defendant Southwest Airlines Co
EDPA Case No: 5:20−cv−01883−JMG

Scott A Bursor
Bursor & Fisher, P.A.
888 Seventh Avenue, New York, NY 10019
Email: scott@bursor.com
Attorney for Plaintiff Lisa Boucher
SDFL Case No: 0:20−cv−60746−RKA

Sarah Nicole Westcot
3610 New Heritage Drive, Alpharetta, GA 30022
Email: swestcot@bursor.com
Attorney for Plaintiff Lisa Boucher
SDFL Case No: 0:20−cv−60746−RKA

4

1103266v.1

Don Springmeyer
Wolf, Rifkin, Shapiro, Schulman and Rabkin, LLP
3556 E Russell Rd Second Floor, Las Vegas, NV 89120−2234
Email: dspringmeyer@wrslawyers.com
Attorney for Plaintiff Rebecca Bratcher
DNV Case No: 2:20−cv−00767−APG−BNW
Attorney for Plaintiff Deanna Herr
DNV Case No: 2:20−cv−01002−RFB−NJK

Jordan J Butler
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
3556 E. Russel, 2nd Floor, Las Vegas, NV 89120−2234
Email: jbutler@wrslawyers.com
Attorney for Plaintiff Rebecca Bratcher
DNV Case No: 2:20−cv−00767−APG−BNW

Jacob D Bundick
Greenberg Traurig, LLP
10845 Griffith Peak Drive Suite 600, Las Vegas, NV 89135
Email: bundickj@gtlaw.com
Attorney for Defendant Allegiant Travel Company
DNV Case No: 2:20−cv−00767−APG−BNW

Scott David Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Ste 850, Los Angeles, CA 90067
Email: scunningham@condonlaw.com
Attorney for Defendant All Nippon Airways Co., Ltd.
NDCA Case No: 5:20−cv−03341−BLF

Lawrence Timothy Fisher
Bursor and Fisher PA
1990 North California Boulevard Suite 940, Walnut Creek, CA 94596
Email: ltfisher@bursor.com
Attorney for Plaintiff Carlos A. Jauregui
CDCA Case No: 2:20−cv−04552−JFW−AGR
Attorney for Plaintiff Cherish-Daversa-Evdyriadis
CDCA Case No: 5:20−cv−00767−JGB−SP
Attorney for Plaintiff Karla Maree
CDCA Case No: 8:20−cv−00885−MWF−MRW

Jeffrey L Richardson
Mitchell Silberberg and Knupp LLP
2049 Century Park East, 18th Floor, Los Angeles, CA 90067
Email: j1r@msk.com
Attorney for Defendant China Eastern Airlines Corporation Limited
CDCA Case No: 2:20−cv−04552−JFW−AGR

5

1103266v.1

Andrew D Stolper
Frank Sims and Stolper LLP
19800 MacArthur Boulevard Suite 855, Irvine, CA 92612
Email: astolper@lawfss.com
Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
CDCA Case No: 2:20−cv−04261−MWF−MRW

Jason M Frank
Frank Sims and Stolper LLP
19800 MacArthur Boulevard Suite 855, Irvine, CA 92612
Email: jfrank@lawfss.com
Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
CDCA Case No: 2:20−cv−04261−MWF−MRW

Linda Gach Ray
Owens and Gach Ray
269 South Beverly Drive No 1074, Beverly Hills, CA 90212
Email: lgachray@ogrlaw.com
Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
CDCA Case No: 2:20−cv−04261−MWF−MRW

Robert B Owens
Owens and Gach Ray
269 South Beverly Drive No 1074, Beverly Hills, CA 90212
Email: rowens@ogrlaw.com
Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
CDCA Case No: 2:20−cv−04261−MWF−MRW

Scott Howard Sims
Frank Sims and Stolper LLP
19800 MacArthur Boulevard Suite 855, Irvine, CA 92612
Email: ssims@lawfss.com
Attorney for Plaintiffs Anthony Castanares and Kristin Sullivan
CDCA Case No: 2:20−cv−04261−MWF−MRW

Christopher M Young
DLA Piper US LLP
401 B Street Suite 1700, San Diego, CA 92101−4297
Email: christopher.young@dlapiper.com
Attorney for Defendant Deutsche Lufthansa AG
CDCA Case No: 2:20−cv−04261−MWF−MRW
CDCA Case No: 8:20−cv−00885−MWF−MRW

Chelsea N Mutual
DLA Piper US LLP
401 B Street Suite 1700, San Diego, CA 92101
Email: chelsea.mutual@dlapiper.com
Attorney for Defendant Deutsche Lufthansa AG

1103266v.1

CDCA Case No: 2:20−cv−04261−MWF−MRW
CDCA Case No: 8:20−cv−00885−MWF−MRW

Nicholas A. Kahl
Nick Kahl, LLC
209 SW Oak Street Suite 400, Portland, OR 97204
Email: nick@nickkahl.com
Attorney for Plaintiff Robert Chandler
DOR Case No: 3:20−cv−00810−AC

Jacob Robert Sorensen
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center 22nd Floor, San Francisco, CA 94111
Email: jake.sorensen@pillsburylaw.com
Attorney for Defendant Norwegian Air Shuttle ASA
CDCA Case No: 5:20−cv−00767−JGB−SP

Rebecca Anne Friedemann
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center 22nd Floor, San Francisco, CA 94111
Email: rebecca.friedemann@pillsburylaw.com
Attorney for Defendant Norwegian Air Shuttle ASA
CDCA Case No: 5:20−cv−00767−JGB−SP

John M Grenfell
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center 22nd Floor, San Francisco, CA 94111
john.grenfell@pillsburylaw.com
Attorney for Defendant Norwegian Air Shuttle ASA
CDCA Case No: 5:20−cv−00767−JGB−SP

Michael Paul Acain
McKay de Lorimier and Acain
3250 Wilshire Boulevard Suite 603, Los Angeles, CA 90010
Email: macain@mbglaw.com
Attorney for Defendant Kiwi.com, Inc.
CDCA Case No: 5:20−cv−00767−JGB−SP

Juan M Chaves Pernett
Juan M Chaves Pernett Esq
15738 Scrimshaw Drive, Tampa, FL 33624−1500
Email: juan.chaves@holubova.cz
Attorney for Defendant Kiwi.com, Inc.
CDCA Case No: 5:20−cv−00767−JGB−SP

Paul Anthony de Lorimier
McKay de Lorimier and Acain

3250 Wilshire Boulevard Suite 603, Los Angeles, CA 90010
Email: pdelorimier@mbglaw.com
Attorney for Defendant Kiwi.com, Inc.
CDCA Case No: 5:20−cv−00767−JGB−SP

Nickolas J. Hagman
Cafferty Clobes Meriwether & Sprengel LLP
150 S. Wacker Dr., Suite 3000, Chicago, IL 60606
Email: nhagman@caffertyclobes.com
Attorney for Plaintiff John Compo
NDIL Case No: 1:20−cv−02166
Attorney for Movant John Compo
NDIL Case No: 1:20-cv-2142

Daniel O. Herrera
Cafferty Clobes Meriwether & Sprengel LLP
150 South Wacker Drive, Suite 3000, Chicago, IL 60606
Email: dherrera@caffertyclobes.com
Attorney for Plaintiff John Compo
NDIL Case No: 1:20−cv−02166
Attorney for Movant John Compo
NDIL Case No: 1:20-cv-2142

Daniel J. Kurowski
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive Suite 2410, Chicago, IL 60611
Email: dank@hbsslaw.com
Attorney for Plaintiff Elliot Daniels
NDGA Case No: 1:20−cv−01664−ELR
Attorney for Plaintiff Jacob Rudolph
NDIL Case No: 1:20−cv−02142
Attorney for Plaintiff Lee Ward
NDTX Case No: 4:20−cv−00371−O

James William Stone
The Stone Law Group − Trial Lawyers, LLC
P.O. Drawer 70, 5229 Roswell Rd., N.E., Blakely, GA 39823
Email: james@stonelaw.com
Attorney for Plaintiff Elliot Daniels
NDGA Case No: 1:20−cv−01664−ELR

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP −WA Suite 3300
1918 8th Avenue, Seattle, WA 98101
Email: steve@hbsslaw.com
Attorney for Plaintiff Elliot Daniels
NDGA Case No: 1:20−cv−01664−ELR

Attorney for Plaintiff Jacob Rudolph
NDIL Case No: 1:20−cv−02142
Attorney for Plaintiff Lee Ward
NDTX Case No: 4:20−cv−00371−O

Whitney K. Siehl
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive Suite 2410, Chicago, IL 60611
Email: whitneys@hbsslaw.com
Attorney for Plaintiff Elliot Daniels
NDGA Case No: 1:20−cv−01664−ELR
Attorney for Plaintiff Jacob Rudolph
NDIL Case No: 1:20−cv−02142
Attorney for Plaintiff Lee Ward
NDTX Case No: 4:20−cv−00371−O

William Sims Stone
The Stone Law Group − Trial Lawyers, LLC
5229 Roswell Road, N.E., Atlanta, GA 30342
Email: billstone@stonelaw.com
Attorney for Plaintiff Elliot Daniels
NDGA Case No: 1:20−cv−01664−ELR

David Lewis Balser
King & Spalding, LLP−ATL 40 40th Floor
1180 Peachtree Street, NE, Atlanta, GA 30309−3521
Email: dbalser@kslaw.com
Attorney for Defendant Delta Air Lines, Inc.
NDGA Case No: 1:20−cv−01664−ELR
NDGA Case No: 1:20−cv−01725−ELR

Julia Constance Barrett
King & Spalding, LLP −A. TX Suite 1800
500 West 2nd Street, Austin, TX 78701
Email: jbarrett@kslaw.com
Attorney for Defendant Delta Air Lines, Inc.
NDGA Case No: 1:20−cv−01664−ELR
NDGA Case No: 1:20−cv−01725−ELR

Avi Robert Kaufman
Kaufman P.A.
31 Samana Drive, Miami, FL 33133
Email: kaufman@kaufmanpa.com
Attorney for Plaintiff Minely Diaz
SDFL Case No: 0:20−cv−60746−RKA

Daniel Warshaw
Pearson Simon & Warshaw, LLP Suite 400
15165 Ventura Boulevard, Sherman Oaks, CA 91403
Email: dwarshaw@pswlaw.com
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR
Attorney for Plaintiff Brandon Hill
SDFL Case No: 0:20−cv−60746−RKA
Attorney for Plaintiff Feliks Obertman
DCO Case No.: 1:20-cv-1689
Attorney for Plaintiff Josephine Marie Roman
EDNY Case No: 1:20-cv-01829-MKB-RER

James Cameron Tribble
The Barnes Law Group, LLC
31 Atlanta Street, Marietta, GA 30060
Email: ctribble@barneslawgroup.com
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR

Jeffrey Miles Ostrow
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
Suite 500 1 West Las Olas Blvd., Coral Gables, FL 33301
Email: ostrow@kolawyers.com
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR
Attorney for Plaintiff Brandon Hill
SDFL Case No: 0:20−cv−60746−RKA
Attorney for Plaintiff Josephine Marie Roman
EDNY Case No: 1:20-cv-01829-MKB-RER

Roy E. Barnes
The Barnes Law Group, LLC
31 Atlanta Street, Marietta, GA 30060
Email: Roy@barneslawgroup.com
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR

V. Chai Oliver Prentice
Tycko & Zavareei, LLP −CA
Suite 1000 1970 Broadway, Oakland, CA 94612
Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR

Jonathan Marc Streisfeld
Kopelowitz Ostrow
One West Las Olas Boulevard Suite 500, Fort Lauderdale, FL 33301
Email: streisfeld@kolawyers.com

1103266v.1

Attorney for Plaintiff Angela Dusko
NDGA Case No: 1:20−cv−01725−ELR
Attorney for Plaintiff Brandon Hill
SDFL Case No: 0:20−cv−60746−RKA

Benjamin F. Johns
Chimicles Schwartz Kriner &Donaldson−Smith LLP
361 W. LANCASTER AVE
HAVERFORD, PA 19041
Email: bfj@chimicles.com
Attorney for Plaintiff Paula Gimello
EDPA Case No: 2:20−cv−02834−AB

Jonathan Giroux
Greenberg Traurig, P.A
Email: girouxj@gtlaw.com
77 W Wacker Dr., Ste 3100, Chicago, IL 60601
Attorney for Defendant Allegiant Air, LLC
DNV Case No: 2:20−cv−01002−RFB−NJK

Tina Wolfson
Ahdoot & Wolfson, P.C.
10728 Lindbrook Drive, Los Angeles, CA 90024
Email: twolfson@ahdootwolfson.com
Attorney for Plaintiffs Winifredo Herrera and Macaria Herrera
NDCA Case No: 3:20−cv−03019−JCS
Attorney for Plaintiffs Jamie Sweet and Stephanie Faust
DCO Case No: 1:20−cv−01340−RM−NRN

Joshua Robert Levine
Kopelowitz Ostrow Ferguson WeiselbergGilbert
1 W. Las Olas Blvd. Suite 500, Ft. Lauderdale, FL 33301
Email: levine@kolawyers.com
Attorney for Plaintiff Brandon Hill
SDFL Case No: 0:20−cv−60746−RKA

Adam E Polk
Girard Gibbs LLP
601 California Street 14th Floor, San Francisco, CA 94108
Email: apolk@girardsharp.com
Attorney for Plaintiff Stephen Ide
SDNY Case No: 1:20−cv−03542−JMF

John G. Albanese
Berger & Montague, PC
43 SE Main Street, Suite 505, Minneapolis, MN 55414
Email: jalbanese@bm.net
Attorney for Plaintiff Stephen Ide

11

1103266v.1

SDNY Case No: 1:20−cv−03542−JMF

Scott M Grzenczyk
Girard Sharp LLP
601 California Street, Suite 1400, San Francisco, CA 94108
Email: scottg@girardsharp.com
Attorney for Plaintiff Stephen Ide
SDNY Case No: 1:20−cv−03542−JMF

Shanon Jude Carson
Berger Montague PC
1818 Market Street, Suite 3600, Philadelphia, PA 19103
Email: scarson@bm.net
Attorney for Plaintiff Stephen Ide
SDNY Case No: 1:20−cv−03542−JMF

Thomas Watts
Girard Sharp LLP
601 California Street, Suite 1400,San Francisco, CA 94108
Email: tomw@girardsharp.com
Attorney for Plaintiff Stephen Ide
SDNY Case No: 1:20−cv−03542−JMF

Eleanor Michelle Drake
Berger & Montague P.C.
43 SE Main Street, Suite 505, Minneapolis, MN 55414
Email: emdrake@bm.net
Attorney for Plaintiff Stephen Ide
SDNY Case No: 1:20−cv−03542−JMF

Colleen M Gulliver
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor, New York, NY 10020
Email: colleen.carey@dlapiper.com
Attorney for Defendant British Airways PLC
SDNY Case No: 1:20−cv−03542−JMF

Keara M. Gordon
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor, New York, NY 10020
Email: keara.gordon@dlapiper.com
Attorney for Defendant British Airways PLC
SDNY Case No: 1:20−cv−03542−JMF

William Jeffrey Diggs
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120, Short Hills, NJ 07078−2704

Email: diggsw@sullcrom.com
Attorney for Defendant British Airways PLC
SDNY Case No: 1:20−cv−03542−JMF

Shanon Jude Carson
Berger & Montague PC−Philadelphia
1818 Market Street, Suite 3600, Philadelphia, PA 19103
Email: scarson@bm.net
Attorney for Plaintiff Shirley Johnson
DCO Case No: 1:20−cv−01751−MEH

William M Sweetnam
Keogh Law, Ltd.
55 West Monroe Street, Suite 3390, Chicago, IL 60603
Email: wsweetnam@keoghlaw.com
Attorney for Plaintiff Samantha Levey
NDIL Case No: 1:20−cv−02215

Edmund A. Normand
Normand Law PLLC
P.O. Box 140036, Orlando, FL 32814
Email: ed@ednormand.com
Attorney for Plaintiff Thomas Levu
MDFL Case No: 6:20−cv−00703−WWB−LRH

Jacob Lawrence Phillips
Normand Law PLLC
P.O. Box 140036, Orlando, FL 32814
Email: jacob.phillips@normandpllc.com
Attorney for Plaintiff Thomas Levu
MDFL Case No: 6:20−cv−00703−WWB−LRH

Bradford D. Kimbro
Holland & Knight, LLP − Tampa
100 N Tampa St, Ste 4100, Tampa, FL 33602
Email: brad.kimbro@hklaw.com
Attorney for Defendant Air Canada, Inc.
MDFL Case No: 6:20−cv−00703−WWB−LRH

Charles Wachter
Holland & Knight, LLP − Tampa
100 N Tampa St, Ste 4100, Tampa, FL 33602
Email: charles.wachter@hklaw.com
Attorney for Defendant Air Canada, Inc.
MDFL Case No: 6:20−cv−00703−WWB−LRH

1103266v.1

Joseph H. Varner , III
Holland & Knight, LLP − Tampa
100 N Tampa St, Ste 4100, Tampa, FL 33602
Email: joe.varner@hklaw.com
Attorney for Defendant Air Canada, Inc.
MDFL Case No: 6:20−cv−00703−WWB−LRH

Michael A. Borrelli
Borreli, Colleran & Williams, PA
376 Trapelo Road, Belmont, MA 02478
Email: mjb@employmentlawyernewyork.com
Attorney for Plaintiff Edward L Manchur
SDFL Case No: 0:20−cv−60746−RKA

Glenn J. Holzberg
Louis M. Holzberg
Holzberg Legal
7685 SW 104 Steet, Suite 220,Miami, FL 33156
Email: glenn@holzberglegal.com
Email: louis@holzberglegal.com
Attorneys for Plaintiff Edward L Manchur
SDFL Case No: 0:20−cv−60746−RKA

Alexandra D. Thaler
Bello Welsh LLP
125 Summer Street, Suite 1200, Boston, MA 02110
Email: adthaler@bellowelsh.com
Attorney for Plaintiff Edward L Manchur
SDFL Case No: 0:20−cv−60746−RKA

Annick Marie Persinger
Tycko & Zavareei
1970 Broadway, Suite 1070, Oakland, CA 94612
Email: apersinger@tzlegal.com
Attorney for Plaintiff Feliks Obertman
DCO Case No.: 1:20-cv-1689

David M. Ross
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 K St NW, Suite 330, Washington D.C., DC 20005
Email: david.ross@wilsonelser.com
Attorney for Defendant Frontier Airlines Inc.
DCO Case No: 1:20-cv-01689-STV
DCO Case No: 1:20−cv−01153−PAB−KLM
DCO Case No. 1:20-cv-01751-MEH
DCO Case No. 1:20-cv-01340-RM-NRN

1103266v.1

Patrick Joseph Kearns
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
401 West A Street, Suite 1900, San Diego, CA 92101
Email: patrick.kearns@wilsonelser.com
Attorney for Defendant Frontier Airlines Inc.
DCO Case No: 1:20-cv-01689-STV
DCO Case No: 1:20−cv−01153−PAB−KLM
DCO Case No. 1:20-cv-01751-MEH
DCO Case No. 1:20-cv-01340-RM-NRN

William J. Katt
Wilson Elser Moskowitz Edelman & Dicker, LLP
740 N. Plankinton Ave., Suite 600, Milwaukee, WI 53203
Email: william.katt@wilsonelser.com
Attorney for Defendant Frontier Airlines Inc.
DCO Case No: 1:20-cv-01689-STV
DCO Case No: 1:20−cv−01153−PAB−KLM
DCO Case No. 1:20-cv-01751-MEH
DCO Case No. 1:20-cv-01340-RM-NRN

Jason D. Melichar
Wilson Elser Moskowitz Edelman & Dicker LLP−Denver
1225 17th Street, Suite 2750, Denver, CO 80202
Email: jason.melichar@wilsonelser.com
Attorney for Defendant Frontier Airlines Inc.
DCO Case No: 1:20-cv-01689-STV
DCO Case No: 1:20−cv−01153−PAB−KLM
DCO Case No. 1:20-cv-01751-MEH
DCO Case No. 1:20-cv-01340-RM-NRN

Andrea Solomon Hirsch
The Hirsch Law Firm
230 Peachtree Street, Suite 2260, Atlanta, GA 30303
Email: andrea@thehirschlawfirm.com
Attorney for Plaintiff Kevin Polk
NDGA Case No: 1:20−cv−02461−ELR

Robert R. Ahdoot
Ahdoot and Wolfson, APC
1016 Palm Avenue, West Hollywood, CA 90069
Email: rahdoot@ahdootwolfson.com
Attorney for Plaintiff Kevin Polk
NDGA Case No: 1:20−cv−02461−ELR

Laurie Rubinow
Shepherd, Finkelman, Miller & Shah LLP
875 Third Avenue, Suite 800, New York, NY 10022
Email: lrubinow@sfmslaw.com

15

1103266v.1

Attorney for Plaintiff Josephine Marie Roman
EDNY Case No: 1:20-cv-01829-MKB-RER

Kieran M. Corcoran
Stinson LLP
1325 Avenue of the Americas, 27th Floor, New York, NY 10019
Email: kieran.corcoran@stinson.com
Attorney for Defendant Jetblue Airways Corp.
EDNY Case No: 1:20-cv-01829-MKB-RER

Patricia Brown Holmes
Riley Safer Holmes & Cancila LLP
70 West Madison St, Suite 2900, Chicago, IL 60602
Email: pholmes@rshc−law.com
Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
NDIL Case No: 1:20−cv−02142

Sondra A. Hemeryck
Riley Safer Holmes & Cancila LLP
70 West Madison Street, Suite 2900, Chicago, IL 60602
Email: shemeryck@rshc−law.com
Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
NDIL Case No: 1:20−cv−02142

Lynn Dee Moffa
Riley Safer Holmes Cancila
70 West Madison Street, Suite 2900, Chicago, IL 60602
Email: lynn@mazzallc.com
Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
NDIL Case No: 1:20−cv−02142

Joseph Ignatius Marchese
Bursor & Fisher, P.A.
888 Seventh Ave., New York, NY 10019
Email: jmarchese@bursor.com
Attorney for Plaintiff Svetlana Sholopa
SDNY Case No: 1:20−cv−03294−ALC
Attorney for Intervenor/Movant Svetlana Sholopa
SDNY Case No. 1:20−cv−03328−LJL)

Stephen Mark Dollar
Norton Rose Fulbright US LLP
1301 Avenue of the Americas, New York, NY 10019
Email: steve.dollar@nortonrosefulbright.com
Attorney for Defendants Turkish Airlines, Inc. and Turkish Airlines, Inc. a/k/a Turk Hava Yollari
SDNY Case No: 1:20−cv−03294−ALC

Thomas J. Connick
Connick Law
25550 Chagrin Blvd., Ste. 101, Beachwood, OH 44122
Email: tconnick@connicklawllc.com
Attorney for Plaintiffs Pamela M. Utley, Andrea Utley, Alexandra C. Schrock, Ivana Woolfson, Nicholas Austin, Timothy Rosenberger, and Aaron Woolfson
NDOH Case No: 1:20−cv−00756−SO

Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Ste. 2500, Southfield, MI 48034
Email: storpey@jaffelaw.com
Attorney for Defendants United Airlines Holdings, Inc. and United Airlines, Inc.
NDOH Case No: 1:20−cv−00756−SO

Antonio Vozzolo
Vozzolo LLC
345 Route 17 South, Upper Saddle River, NJ 07458
Email: avozzolo@vozzolo.com
Attorney for Plaintiff Emilio L. Vozzolo
SDNY Case No: 7:20−cv−03503−PMH

Joseph Nicholas Kravec
Feinstein Doyle Payne & Kravec, LLC
429 Fourth Avenue, Law & Finance, Building, Suite 1300, Pittsburgh, PA 15219
Email: jkravec@fdpklaw.com
Attorney for Plaintiff Emilio L. Vozzolo
SDNY Case No: 7:20−cv−03503−PMH

Allen Ryan Vaught
Nilges Draher Vaught PLLC
1910 Pacific Ave., Suite 9150, Dallas, TX 75201
Email: allen@vaughtfirm.com
Attorney for Plaintiff Lee Ward
NDTX Case No: 4:20−cv−00371−O

E Adam Webb
Webb, Klase & Lemond, LLC
1900 The Exchange SE, Suite 480, Atlanta, GA 30339
Email: adam@webbllc.com
Attorney for Plaintiff Lee Ward
NDTX Case No: 4:20−cv−00371−O

Dee J Kelly, Jr
Kelly Hart & Hallman
201 Main Street, Suite 2500, Fort Worth, TX 76102−3194
Email: dee.kelly.2@khh.com

1103266v.1

Attorney for Defendant American Airlines, Inc.
TDTX Case No: 4:20−cv−00371−O

Lars L Berg
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500, Fort Worth, TX 76102−3194
Email: lars.berg@kellyhart.com
Attorney for Defendant American Airlines, Inc.
NDTX Case No: 4:20−cv−00371−O

Scott Adam Kamber
KamberLaw, LLC
201 Milwaukee Street, Suite 200, Denver, CO 80206
Email: skamber@kamberlaw.com
Attorney for Plaintiff Melissa Young
DCO Case No: 1:20−cv−01153−PAB−KLM

Michael James Aschenbrener
Kamber Law
201 Milwaukee Street, Suite 200, Denver, CO 80206
Email: masch@kamberlaw.com
Attorney for Plaintiff Melissa Young
DCO Case No: 1:20−cv−01153−PAB−KLM

Lina Bensman
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza, New York, NY 10006
Email: lbensman@cgsh.com
Attorney for Compania Panamena de Aviacion
EDNY Case No.: 1:20-cv-2125

Stephanie Gale (Cherlin) Deutsch
Frank Weinberg & Black, PL
1875 NW Corporate Blvd., Ste 100, Boca Raton, FL 33431
Email: scd@fwblaw.net
Attorney for Defendant Spirit Airlines, Inc.
SDFL Case No: 0:20−cv−60746−RKA

Marc Alan Silverman
Frank Weinberg & Black
7805 SW 6th Court, Plantation, FL 33324
Email: msilverman@fwblaw.net
Attorney for Defendant Spirit Airlines, Inc.
SDFL Case No: 0:20−cv−60

1103266v.1